IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-529-RJC-DCK

| | |
|---|---|
| CHRISTOPHER PRACHT, as Personal Representative of the Estate of Eric F. Lee, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| GREENWOOD MOTOR LINES, INC. D/B/A R+L CARRIERS, AND R&L TRANSFER, INC., | )<br>)<br>)<br>) |
| Intervenor Plaintiffs, | )<br>) |
| v. | )<br>) |
| SAGA FREIGHT LOGISTICS, LLC and TOMAS HERRARA, JR., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 47) filed by Matthew K. Lilly, concerning Jeffrey W. Hastings on September 15, 2014. Mr. Jeffrey W. Hastings seeks to appear as counsel *pro hac vice* for Intervenor Plaintiffs and Counterclaim Defendants, Greenwood Motor Lines, Inc. d/b/a R+L Carriers and R&L Transfer, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 47) is **GRANTED.** Mr. Jeffrey W. Hastings is hereby admitted *pro hac vice* to represent Intervenor Plaintiffs and

Counterclaim Defendants, Greenwood Motor Lines, Inc. d/b/a R+L Carriers and R&L Transfer, Inc.

**SO ORDERED**.

Signed: September 15, 2014

David C. Keesler
United States Magistrate Judge