UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-529-RJC-DCK

| | |
|---|---|
| CHRISTOPHER PRACHT, as Personal Representative of the Estate of Eric F. Lee, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>GREENWOOD MOTOR LINES, INC. d/b/a )<br>R+L CARRIERS and R&L TRANSFER, INC. )<br>)<br>Intervenor Plaintiff, )<br>)<br>v. )<br>)<br>SAGA FREIGHT LOGISTICS, LLC and )<br>TOMAS HERRERA, JR., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. The Court finds good cause to continue the jury trial currently set for the trial term beginning on September 8, 2015.

THEREFORE, IT IS ORDERED that the jury trial scheduled for the September 8, 2015 term will be continued to the November 2, 2015 term at 9:30 a.m., and all deadlines set by the Pretrial Order and Case Management Plan (Doc. No. 35) shall be adjusted accordingly.

It is further ORDERED that a Status Conference shall be held on September 14, 2015, at 10:00 a.m.

SO ORDERED.

Signed: August 19, 2015

Robert J. Conrad, Jr.
United States District Judge

1